NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY



*FIRM and AFFILIATE OFFICES*

SHANNON HAMPTON SUTHERLAND
DIRECT DIAL: +1 215 979 1104
PERSONAL FAX: +1 215 689 4956
*E-MAIL:* SHSutherland@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

April 18, 2022

VIA ECF

Honorable Harvey Bartle, III
United States District Court
601 Market St. #16614
Philadelphia, PA 19106

      Re:    <u>*Syzygy Integration LLC v. Bryan Harris*, Case No. 2:22-cv-01466-HB</u>

Dear Judge Bartle:

    On Good Friday evening, Plaintiff served on Defendant, Bryan Harris, voluminous pleadings and injunction papers.

    I have just met Mr. Harris and am in the process of being retained, though that process has not yet been finalized. I am pre-attached to a hearing in the Berks County Court of Common Pleas today.

    Given the voluminous and serious nature of the pleadings (which claims Mr. Harris denies), which were served on a holiday, and my attachment to a prior court hearing, Mr. Harris respectfully asks for time to properly respond to the papers and be heard through counsel.

    In the meantime, Mr. Harris has authorized me to represent that, in addition to the other defenses he will present to the Court, he does not possess any of the Plaintiff's confidential documents and is not working on any projects competitive to Plaintiff's projects.

                        Respectfully,

                          */s/ Shannon Hampton Sutherland*

                          Shannon Hampton Sutherland

SHS/stm
cc:    All Counsel

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196        PHONE: +1 215 979 1000   FAX: +1 215 979 1020
DM1\13059842.1