```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SYZYGY INTEGRATION LLC         :      CIVIL ACTION
                               :
           v.                  :
                               :
BRYAN HARRIS                   :      NO. 22-1466
```

ORDER

AND NOW, this   25th    day of April, 2022, it is hereby ORDERED that the above-captioned case is referred to Magistrate Judge Elizabeth T. Hey for a settlement conference to be scheduled as soon as conveniently possible.

                              BY THE COURT:

                              /s/ Harvey Bartle III
                              _____
                                                          J.