```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SYZYGY INTEGRATION LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRYAN HARRIS | : | NO. 22-1466 |

### PRELIMINARY INJUNCTION

AND NOW, this 21st day of July, 2022, based on the Court's foregoing findings of fact and conclusions of law, it is hereby ORDERED pursuant to Rule 65 of the Federal Rules of Civil Procedure that:

(1) Defendant Bryan Harris is preliminarily enjoined from working for, advising, or aiding Sherpa 6 in any capacity for two years after beginning his employment with Sherpa 6, that is until April 3, 2024.

(2) Plaintiff Syzygy Integration LLC shall post a bond in the amount of $50,000 as condition precedent to this preliminary injunction taking effect.

BY THE COURT:

/s/ Harvey Bartle III
_____
                     J.